08cv2673
JUDGE CASTILLO
MAG. JUDGE DENLOW

**FILED**
JN 5-8-2008
MAY X 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHk

DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ANGELICA M. BAUTISTA
(Please print)

STREET ADDRESS: 400 E. RANDOLPH ST. #1725

CITY/STATE/ZIP: CHICAGO, IL. 60601-7310

PHONE NUMBER: 312) 856-1121 or 312) 731-6848

CASE NUMBER: _____

_[Signature]_  5/08/08
Signature / Date