**FILED**

JUN 23 2008 T.C
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Angelica M. Bautista

V.

Case No. 08 CV 2673
Judge R. Castillo
Magistrate Judge Denlow

Defendant(s)

Cook County and Evelyn Huntt

**Plaintiffs Motion for Appointment of Settlement Assistance Program Counsel**

Plaintiff, Angelica M. Bautista pro se, submits this motion for appointment of Settlement Assistance Program Counsel

1. I, Angelica M. Bautista plaintiff, pro se request the court for a free assistance of Settlement Assistance Program Counsel in preparing for and participating in a Settlement Conference scheduled for July 21, 2008.

2. Plaintiff, Angelica M. Bautista, pro se understands that the legal assistance available through the Settlement Assistance Program is limited to the settlement effort and will end if the case does not settle.

3. Plaintiff, Angelica M. Bautista respectfully asks the court to provide her with the Settlement Assistance Program Counsel.

June 23, 2008

Respectfully Submitted,
Angelica M. Bautista

ANGELICA M. BAUTISTA
400 E. RANDOLPH ST.
APT. 1725
CHICAGO, ILLINOIS 60601

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_Angelica M. Bautista_
**PLAINTIFF**

CASE NO. _08 2673_

VS.

_Cook County & Evelyn Huntt_
**DEFENDANT**

## PROOF OF SERVICE

TO: _COOK COUNTY_

TO: _EVELYN HUNTT_

TO: _____

I, the undersigned (**plaintiff** / defendant), certify that on the _23_ day of _JUNE_, _2008_, I served a copy of this _MOTION_ to each person whom it is directed by way of _PROCESS SERVER_.

Name _ANGELICA M. BAUTISTA_
Address _400 E. RANDOLPH ST. #1725_
City/Zip _CHICAGO, ILLINOIS 60601_
Telephone _312) 731-6848_