IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANGELICA M. BAUTISTA
PLAINTIFF

VS.

COOK COUNTY & EVELYN HUNTT
DEFENDANT

CASE NO. 08CV2673
JUDGE R. CASTILLO

**FILED**
JUN 2 4 2008 NF
Jun 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: COOK COUNTY AND EVELYN HUNTT
50 W. WASHINGTON ST.
DALEY CENTER 10th FLOOR
CHICAGO, ILLINOIS 60602

On JULY 01, 2008, at 9:45 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE CASTILLO in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S MOTION FOR APPOINTMENT OF SETTLEMENT APPOINTMENT PROGRAM COUNSEL WHICH WAS FILED PREVIOUSLY ON JUNE 23, 2008.

Name ANGELICA M. BAUTISTA
Address 400 E. RANDOLPH ST. #1725
City / Zip CHICAGO, ILLINOIS 60601
Telephone 312) 731-6848

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 24 day of JUNE, 2008, I served a copy of this notice to each person whom it is directed by way of PROCESS SERVER.

Angelica M. Bautista
SIGNATURE / CERTIFICATION

June 24, 2008
DATE

CREATED ON 2/7/02