# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2673 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Angelica Bautista vs. Cook County | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/1/2008. Plaintiff's pro se motion for appointment of Settlement Assistance Program Counsel [8] is granted. Khara Coleman of Kirkland & Ellis, LLP, 200 E. Randolph Drive, Chicago, IL 60601, (312) 861-2000 is hereby appointed to assist plaintiff in preparing for and during the settlement conference currently scheduled for 7/21/2008 at 12:30 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|