

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANGELICA M. BAUTISTA

CASE NUMBER: 08 CV 2673

V.

ASSIGNED JUDGE: RUBEN CASTILLO

COOK COUNTY AND
EVELYN HUNTT

DESIGNATED
MAGISTRATE JUDGE: DENLOW

TO: (Name and address of Defendant)

COOK COUNTY
DALEY CENTER RM. 701
50 W. WASHINGTON ST.
CHICAGO, IL. 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANGELICA M. BAUTISTA
400 E. RANDOLPH ST.
UNIT# 1725
CHICAGO, IL. 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes

(By) DEPUTY CLERK

JUN 2 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-7-08 |
| NAME OF SERVER (PRINT) VICENTE BAUTISTA | TITLE PRIV PERSON OF LEGAL AGE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: RM 500 Cook County Clerk DAVID ORR  69 W. WASHINGTON, CHGO IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

✓ Name of person with whom the summons and complaint were left: CECELIA HARRIS

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-7-08
Date

Signature of Server

5630 N. SHERIDAN Rd #209
CHICAGO, IL 60660

Address of Server

RECEIVED COOK COUNTY CLERK 2008 JUL -7 AM 11:05

FILED
JN  JUL X 8 2008
JUL 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.