Ⓐ

RECEIVED
2008 JUL 15 PM 5:12
CLERK
U.S. DISTRICT COURT

FILED
JUL 15 2008
Jul 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Angelica M. Bautista

v.

Case No. 08 CV 02673
Judge R. Castillo
Magistrate Judge Denlow

Defendant(s)

Cook County and
Evelyn Huntt

Plaintiffs Initial Status Report

1. Plaintiff, Angelica M. Bautista proceeding Pro Se.

2. The nature of this case is an Employment Discrimination case.

3. Plaintiff tried to contact Assistant State Attorney, Gregory Baci to inform him of the suit plaintiff filed against Cook County, that a summon was served on 7/7/2008 and we have to file a joint Status Report on or before 7/16/2008. Attorney Baci's office did not return the message.

4. Plaintiff seeks money damages and all relief available under the law.

5. Evelyn Huntt, the other defendant in this case have not been served yet at this time. Plaintiff was notified by the process server that was hired

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Angelica M. Bautista

V.

Cook County and
Evelyn Huntt
Defendant(s)

Case No. 08 CV 02673
Judge R. Castillo
Magistrate Judge Denlow

Continued.

that the residence, a building was located but, no one was there.

6. Plaintiff have not heard from either of the defendants in this case.

7. Plaintiff had requested a jury trial

8. Probable length of trial depends if the other side or the defendants contest relief sought by the plaintiff.

9. Whether or not the parties will consent to proceed before a Magistrate Judge for all proceedings including trial, not at this time.

10. Settlement Status, a settlement conference is scheduled for 7/21/2008 at 12:30 PM.

11. Whether or not a settlement discussions have been held and the status of those discussions, if any, no offer have been exchanged.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Angelica M. Bautista

V.

Case No. 08 CV 02673
Judge R. Castillo
Magistrate Judge Denlow

Defendant(s)
Cook County and Evelyn Hartt

Plaintiffs Initial Status Report
Continued.
5A. The major legal and factual issues are discrimination against race, national origin, color, sex (gender), disability, retaliation, tolerated assault and battery and harassments.