**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
LIMITED ATTORNEY APPEARANCE FORM AS
SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR
(In the space below, enter the name of the party or parties being represented)

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>            s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER | TELEPHONE NUMBER |
|---|---|
| E-MAIL ADDRESS | |