UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV2673
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. ( X ) By leaving a copy with the named party, **Evelyn Huntt** personally on **July 30, 2008**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**       RACE: **African American**       APPROXIMATE AGE: **65**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1111 S. Laflin St., #403, Chicago, IL**
TIME OF DAY: **8:00 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **30**th day of **July 2008**.

**FILED**
JUL 3 1 2008  TC
JUL 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Christopher Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ANGELICA M. BAUTISTA

v.

COOK COUNTY AND EVELYN HUNTT

CASE NUMBER: 08 CV 2673

ASSIGNED JUDGE: RUBEN CASTILLO

DESIGNATED MAGISTRATE JUDGE: DENLOW

TO: (Name and address of Defendant)

EVELYN HUNTT
DALEY CENTER 10th FL. ROOM 1005
50 W. WASHINGTON ST.
CHICAGO, IL. 60602

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANGELICA M. BAUTISTA
400 E. RANDOLPH ST.
UNIT # 1725
CHICAGO, IL. 60601

an answer to the complaint which is herewith served upon you, 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes

(By) DEPUTY CLERK

JUN 2 3 2008

DATE