IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELICA M. BAUTISTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 2673 |
| ) | |
| ) | Judge Ruben Castillo |
| COOK COUNTY and EVELYN HUNTT, ) | |
| ) | |
| Defendants. ) | |

### INITIAL STATUS REPORT

1. **Nature of the Case**

   a. At this time for Defendant Cook County, Donald R. Hallsten, Jr. For Plaintiff, Plaintiff proceeding pro se.

   b. Plaintiff is proceeding under Title VII jurisdiction conferred by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3) and under 42 U.S.C. § 1981 jurisdiction is conferred by 42 U.S.C. §1988.

   c. Plaintiff has a number of complaints against Defendants and believes she has been discriminated against on the basis of Color, Disability, National Origin, Race and Sex.

   d. Plaintiff believes that Defendants illegally failed to promote her; failed to reasonably accommodate her disabilities; failed to stop harassment; retaliated against her for asserting her rights; and, battered her.

   e. Plaintiff seeks appropriate injunctive relief, lost wages, front pay, compensatory damages and other damages.

1

2. **Pending Motions and Case Plan**

    a. No pending motions.

    b. Discovery Plan

        i. Written and Oral discovery will be necessary.

        ii. Rule 26(a)(1) disclosure to be produced by September 29, 2008.

        iii. Fact discovery to be completed by March 29, 2009.

        iv. Expert discovery to be completed by May 29, 2009 with reports disclosed by April 29, 2009.

        v. Dispositive motions due by June 29, 2009.

        vi. Final pre-trial order due September 29, 2009.

    c. Trial

        i. Jury trial requested.

        ii. Length - unknown at this time.

        iii. Approximately September 29, 2009.

3. **Consent before a Magistrate**

    a. Plaintiff has not consented to a trial before a Magistrate. Defendant will consent.

4. **Status of Settlement Discussions**

    a. Settlement conference is currently set for September 28, 2008.

    b. Both parties plan to be in attendance.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: _____

Donald R. Hallsten, Jr.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3716

_____

Angelica M. Bautista
40 E. Randolph St. #1725
Chicago, IL 60601-7310
(312) 856-1121

3