## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2673 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Angelica Bautista vs. Cook County, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held in chambers on 8/28/2008. The parties are requested to fully exhaust all remaining settlement possibilities prior to the next status hearing. The Court will hold a status hearing in open court on 10/7/2008 at 9:45 a.m. The Court hereby enters a default against defendant Evelyn Huntt for failure to timely appear, answer or otherwise plead to the complaint. Defendant Cook County is requested to make any formal settlement offer to plaintiff's counsel by 9/18/2008 and send a copy to the Court.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | RO |
|---|---|---|